**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7349**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BRANDON LASHON INGRAM, a/k/a Brandon Lashun Ingram, a/k/a Little B, a/k/a B,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:12-cr-00020-1)

---

Submitted:  August 24, 2023                    Decided:  August 31, 2023

---

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Brandon Lashon Ingram, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Lashon Ingram appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Ingram*, No. 5:12-cr-00020-1 (E.D.N.C. Nov. 8, 2022). Ingram's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*